**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Mark R. Hayden, | : | |
| Plaintiff | : | Civil Action 2:07-cv-1023 |
| v. | : | Judge Marbley |
| Michael J. Astrue, | : | Magistrate Judge Abel |
| Commissioner of Social Security, | | |
| Defendant | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED Pursuant to the December 3, 2008 Order, the Court ADOPTS the Report and Recommendation. This case is REMANDED to the Commissioner to clarify the record with respect to a June 5, 2002 EMG report and the significance of the possibility that the C6-7 fusion might not be 100% solid.

Date: **December 3, 2008**      **James Bonini, Clerk**

　　　　　　　　　　　　　　　　　s/Betty L. Clark
　　　　　　　　　　　　　　　　Betty L. Clark/Deputy Clerk